IN THE
UNITED STATES DISTRICT COURT
STATE OF LOUISIANA
MONROE DIVISON

JAYLIN SHAKIR          CASE#
-VERSUS-
JACKSON PARISH CORRECTIONAL
CENTER

RECEIVED

MAY 1 3 2020

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

COMPLIANT

On the above date and time 4/14/20
and between 11:00 to 11:59 p.m. on above date.
I Jaylin Shakir was attacked by another
inmate named Kevin Thissle while on
protective custody at the Jackson Parish
Correctional Center in J-Dorm so far
I have been attacked in three different
physical altercations with individual
inmates at this facility. One of which on
the above date and time is a relative
to the ~~vietime~~ victim in my case. He
thus caused harm on me in retaliation
for my said offense in which I am
incarcerated. Being housed in J-Dorm
in Jackson Parish Correctional Center is
and has been a safety hazard for my

life and a violation of my rights as
a inmate on protective custody. It is
a threat to my health and my well being.
The security is here to protect me and
has not done so effeciently.

Releif

1) The releif in which I desire is to be
transferred to David Wade, D.C.I., or
Elayne Hunt and compensated for the
harm done to me under Protected
Custody
2.) That all said officers, paid compensation
puntin damage in amount of 50,000 a
piece in the individually capacity, and
offical capacity
3.) Also immediately investigation
4.) That all said officers be fired
5.) No Retaliation by these said officers,
and co-workers
6.) I want everything documented on the
face of the record/relief.