(Rev. 5/1/13)

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

JAYLIN SHAKIR #18632        CASE NO. 3:20-CV-00618 SEC P

VERSUS        JUDGE DOUGHTY

JACKSON PARISH CORRECTIONAL CENTER        MAG. JUDGE KAREN L. HAYES

**RECEIVED**

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

JUN 1 2 2020
BW
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

I. **Previous Lawsuits**

   a. Have you begun any other lawsuit while incarcerated or detained in any facility?
      Yes ☐    No ☑

   b. If your answer to the preceding question is "Yes," provide the following information.

      1. State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the county of parish):

         _____

         _____

      2. Name the parties to the previous lawsuit(s):

         Plaintiffs: _Andy Brown Sheriff for Jackson Parish_

         Defendants: _____

      3. Docket number(s): _____

      4. Date(s) on which each lawsuit was filed: _____

      5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

         _____

   c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
      Yes ☐    No ☑

(Rev. 5/1/13)

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II.    a.  **Name of institution and address of current place of confinement:**

Jackson Parish Correctional Center 327 Industrial Drive Jonesboro La 71251

b.  Is there a prison grievance procedure in this institution?
Yes ☑    No ☐

1.  Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?  Yes ☑ No ☐

If "Yes," what is the Administrative Remedy Procedure number?

107.1  Attached

2.  If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3.  If you filed an administrative grievance, answer the following question.  What specific steps of the prison procedure did you take and what was the result?  (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?

The only step Available "Terry Walsworth" Rejected the Arp

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.    **Parties to Current Lawsuit:**

a.  Name of Plaintiff: Jaylin Shakir _____

(Rev. 5/1/13)

Address: 327 Industrial Drive Jonesboro La 71251

b.  Defendant, Andy Brown _____, is employed as

Sheriff of Jackson Parish at 500 E Court Street Jonesboro La 71251

Defendant, Timothy Ducote _____, is employed as

Warden JPCC at 327 Industrial Drive Jonesboro La 71251

Defendant, Lt hines _____, is employed as

Lt at JPCC at 327 Industrial Drive Jonesboro La 71251

Additional defendants: Sgt Dean _____

---

## IV.  Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to the lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

See Original + Complaint filed

(Rev. 5/1/13)

**V.    Relief**

State exactly what you want the court to provide to you or do for you.  Make no legal arguments.  Cite no cases or statutes.

_Relief Stated in the Original Complaint_

**VI.    Plaintiff's Declaration**

a.    I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.    I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.    If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this _May_ day of _Wednesday 20_, 20_20_.

_18632_
**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons**

**Signature of Plaintiff**