# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| JAYLIN SHAKIR | CIVIL ACTION NO. 20-0618 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| JACKSON PARISH CORRECTIONAL CENTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 9] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Jaylin Shakir's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 14th day of September, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE